Agne Martin (SBN 217074)

KROHN & MOSS, LTD.

E-mail: amartin@consumerlawcenter.com

10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
Phone No.: (323) 988-2400
Fax No.: (866) 431-5575

Attorneys for Plaintiff
MICHAEL MERZOIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MERZOIAN, | **CASE NO.** CV09-05366 DMG(FFMx) |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION OF DISMISSAL [41] JS-6** |
| CATERPILLAR, INC. AND PACCAR, INC., | |
| Defendant. | |

Having reviewed the parties' Stipulation of Dismissal, filed on April 19, 2010, the above-captioned action is hereby dismissed with prejudice.

Dated:  April 23, 2010

Dolly M. Gee
United States District Judge